```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
PEARSON EDUCATION, INC., et al.,    :
                                    :    09 Civ. 1940(VM)
                     Plaintiffs,    :
                                    :
     - against -                    :    ORDER
                                    :
JOHN DOE, et al.,                   :
                                    :
                     Defendants.    :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on March 3, 2009 and amended on April 14, 2009, to date no service of process has been made on any defendant, no answer has been recorded, and there has been no other correspondence with the Court as to the status of the matter or requesting extension of the time to serve. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), provided that within seven days of the date of this Order plaintiff may, for good cause shown, request reinstatement of the case to the Court's docket.

**SO ORDERED.**

Dated:     New York, New York
           17 August 2009

                                        _____
                                             VICTOR MARRERO
                                                U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-09
```